GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-21-20-BLG-SPW** |
| Plaintiff, | |
| vs. | **MEMORANDUM IN SUPPORT OF EARLY TERMINATION OF SUPERVISED RELEASE** |
| BRENNA C. DELL, | |
| Defendant. | |

Defendant, BRENNA C. DELL (hereinafter Brenna) through her attorney

Gillian Gosch and the Federal Defenders of Montana, files this Memorandum in

support of the previously filed Motion for Early Release of Supervision.

## I.    INTRODUCTION

Brenna was sentenced on June 6, 2017, for a violation of 21 U.S.C. §

841(a)(1) and (b)(1) in the U.S. District Court in the District of Nebraska in case

number CR-16-03121-JMG-CRZ.  She was sentenced to sixty (60) months custody

of the United States Bureau of Prisons, followed by five years of supervision.

Brenna's term of supervised release commenced on September 18, 2019.  On

March 25, 2021, jurisdiction of Brenna's supervised release was transferred to the

District of Montana.  Brenna has had no formal revocations and no issues of

noncompliance for approximately the last 24 months.

## II.    ARGUMENT

18 U.S.C. § 3583(e)(2) authorizes the Court to terminate a term of

supervised release.  It states:

> The court may, after considering the factors set forth in section
> 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and
> (a)(7) - -
>
> (1) terminate a term of supervised release and discharge the
> defendant released at any time after the expiration of one year of
> supervised release, pursuant to the provisions of the Federal Rules of
> Criminal Procedure relating to the modification of probation, if it is
> satisfied that such action is warranted by the conduct of the defendant
> released and the interest of justice[.]

The language in this statute is discretionary, and the district court has wide

discretion in determining whether to terminate an individual's term of supervised

release.  *United States v. Hook*, 471 F.3d 766, 771 (7th Cir. 2006).

After the expiration of one year of supervised release, the Court may

terminate a defendant's term of supervision "if it is satisfied that such action is

warranted by the conduct of the defendant released and the interest of justice." 18

U.S.C. § 3583(e)(1).  In determining whether a defendant's supervised release

should be terminated, the Court must consider certain 18 U.S.C. § 3553(a) factors.

Id. § 3583(e).  The Court looks at "the nature and circumstances of the offense and

the history and characteristics of the defendant," the need "to afford adequate

deterrence to criminal conduct," "to protect the public from further crimes of the

defendant," and "to provide the defendant with needed educational or vocational

training, medical care, or other correctional treatment in the most effective

manner"; the advisory Guideline range; any pertinent policy statement issued by

the Sentencing Commission; sentencing disparities; and any outstanding restitution

obligations. Id.  § 3583(e), §3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4),

(a)(5), (a)(6), (a)(7).

As stated above, Brenna has served approximately 24 months of supervised

release.  She is eligible for early release.  18 U.S.C. § 3583(e)(2).

Brenna has taken numerous steps to make positive changes in her life both

while incarcerated as well as in the time since she's been on supervised release.

While incarcerated, Brenna participated in, and completed, a number of prison

programs including Mappin Your Steps, Time Out for Women, Getting Motivated

to Change, HIV Prevention and Sexual Health, Ideas for Better Communication,

Unlock Your Thinking and Open Your Mind, and Straight Ahead.

Brenna has completely changed her life since her incarceration and over the past 24 months of supervised release.  Upon release from incarceration, Brenna moved to Miles City, Montana on September 21, 2019, and has been employed at Hearts and Home Assisted Living for approximately the last year and a half. Brenna was hired at Hearts and Home Assisted Living as a personal care assistant. Through her hard work and dedication, Brenna is now the administrator of Heart and Home.  Her job duties include administrative responsibilities, team supervisor, appointment making for residents, and managing residents medicine and medical appointments.  In her free time, Brenna enjoys participating in donation drives for the local soup kitchen in Miles City.

On October 13, 2021, Brenna graduated from dual diagnosis counseling for mental health and chemical dependency under John Rex at East Prairie Counseling in Miles City. She is currently attempting to regain custody of her children.

Lori Harper Suek, Assistant United States Attorney, has been contacted and does not object to the said motion.  John Ross, United States Probation Officer, has been contacted and he has no objection to Brenna's early termination of supervision.

In light of the above identified legal standards and the information brought to this Courts attention, Brenna respectfully requests early termination of her supervision.

RESPECTFULLY SUBMITTED this 14th day of October, 2021.

/s/ Gillian Gosch

GILLIAN GOSCH
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on October 14, 2021, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| \_\_1, 2\_\_ | CM-ECF |
| \_\_\_\_\_ | Hand Delivery |
| \_\_\_3\_\_ | Mail |
| \_\_\_\_\_ | Overnight Delivery Service |
| \_\_\_\_\_ | Fax |
| \_\_\_\_\_ | E-Mail |

1.    CLERK, UNITED STATES DISTRICT COURT

2.    LORI HARPER SUEK
       Assistant United States Attorney
       United States Attorney's Office
       2601 2nd Avenue North
       Billings, MT 59101
              Counsel for the United States.

3.    BRENNA C. DELL
              Defendant

                              /s/ Gillian E. Gosch
                              GILLIAN E. GOSCH
                              Federal Defenders of Montana
                                     Counsel for Defendant

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Memorandum in Support of Defendants Motion For Early Termination of Supervised Release is in compliance with Local Rule 12.1(e). The Briefs line spacing is double spaced.  The brief is proportionately spaced, the body of the argument has a Times New Roman typeface, 14-point size and contains 730 words.

DATED this 14th day of October, 2021.

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
        Counsel for Defendant